AO91 (Rev. 12/03) Criminal Complaint  *Felony* AUSA

United States District Court
Southern District of Texas
**FILED**

MAR 1 3 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.
Miguel Angel CARRION
A201 530 497 United States

**CRIMINAL COMPLAINT**

Case Number: B-19- 344-MJ

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 12, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s)

knowingly, willfully, and unlawfully combine, conspire and agree, in reckless disregard of the fact that six (6) undocumented alien(s) had entered the United States in violation of law and were then and there present in the United States in violation of law, did transport and move said alien(s) by means of a motor vehicle with intent to further their unlawful presence,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)(ii)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On March 12, 2019, Weslaco Border Patrol Agents conducting line watch duties near Donna, Texas, observed multiple subjects running over the river levee and loading into a parked white Ford Explorer SUV. The vehicle then sped away north bound. Agents requested air support assistance for the vehicle pursuit which followed. At approximately 10:59 am., air support advised that the vehicle came to a sudden stop and the driver, later identified as Miguel Angel Carrion a US Citizen, bailed-out from the driver's side door. Agents successfully apprehended Carrion near the SUV as well as the 6 passengers. Agents determined all 6 passengers were illegally present in the U.S. without the proper documents to remain in the country. All subjects were placed under arrest and transported to the Weslaco Border Patrol Station for processing and case development.

Once at the Weslaco Station, Agents initiated a smuggling investigation. Agents discovered through photo line ups and testimony provided by two individual subjects serving as Material Witnesses, that CARRION, Miguel Angel was transporting illegal aliens for monetary gain.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Peterson, Clayton E.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 13, 2019   at   Brownsville, Texas
Date                     City/State

Ignacio Torteya III     U.S. Magistrate Judge
Name of Judge           Title of Judge            Signature of Judge